O. G. Lynch, *et al.*, Appellants, v. Nieuport V. Estes and J. C. Estes, Appellees.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for the respective parties.

*W. M. Murphy,* for Appellants;

*W. A. Pattishall,* for Appellees.

---

L. N. Pipkin, *et al.*, Appellants, v. Polk County, Appellee.

An Appeal from the Circuit Court for Polk County.

Appeal dismissed on motion of counsel for Appellants.

*R. B. Huffaker* and *S. L. Holland,* for Appellants.

---

Jacob Gordon, Plaintiff in Error, v. Joseph Ginsburg, Defendant in Error.

A Writ of Error to the Circuit Court of Hillsborough County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*Caraballo & Moran,* for Plaintiff in Error;

*McKay, Withers & Ramsey,* for Defendant in Error.